AO 442 (Rev. 11/11) Arrest Warrant

11453613

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

U.S. MARSHAL-DC PM12:4
RECEIVED JUL 28 '22

United States of America
v.
William Stephon Kit (AKA: Semore Views)

)
)
)
)
)
)
)

Case: 1:22-mj-00166
Assigned to: Judge Harvey, G. Michael
Assign Date: 7/28/2022
Description: COMPLAINT W/ ARREST WARRANT

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   William Stephon Kit   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 07/28/2022

Digitally signed by G. Michael Harvey
Date: 2022.07.28 11:51:06 -04'00'

*Issuing's signature*

City and state:    Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/28/2022, and the person was arrested on *(date)* 8/1/2022
at *(city and state)* Washington DC

Date: 8/1/2022

*Arresting officer's signature*

Michael Tantillo DUSM
*Printed name and title*